UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASTON CUSTOMS HOMES & DESIGN INC. and LONNIE JOHNSON, | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 3:22-CV-2505-X-BN |
| v. | § § | |
| WILMINGTON SAVINGS FUND SOCIETY FSB, as owner trustee for verus securitization trust, 2020-NPLI, | § § § § § | |
| *Defendant.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   [Doc. No. 17].   No objections were filed.   The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.   The plaintiffs have until May 10, 2023 to file an amended complaint in compliance with the findings, conclusions, and recommendation.

1

**IT IS SO ORDERED** this 19th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE